### No. 8957.
### Orleans Appeal.

### MYLES SALT COMPANY v. MORGAN'S LOUISIANA & TEXAS R. R. & S. S. CO.

(April 27, 1925, Opinion and Decree.)
(May 20, 1925, Motion to Withdraw Exhibit.)
(May 21, 1925, Order.)

Appeal from the First City Court for the City of New Orleans, Section "B", Hon. Val. J. Stentz, Judge.

Milling, Godchaux, Saal & Milling, attorneys for plaintiff and appellee.

Denegre, Leovy & Chaffe, Edward L. Gladney, Jr., attorneys for defendant and appellant.

ON REHEARING.

*PER CURIAM:*

This case having been tried *de novo* on appeal by the presiding judge of this court and the judgment appealed from reversed, and on application for rehearing, duly granted, this court having again considered, *en banc*, the appeal herein taken, and the court being now of the opinion that its former judgment is correct,

It is ordered that the judgment of this court, herein rendered on the 12th day of March, 1922, be reinstated as the final judgment of this court.